[Nos. 9996-9-II; 10143-2-II.   Division Two.   August 18, 1988.]

KEENE CORPORATION, *Appellant,* v. ALMA McDONALD, *Individually and as Personal Representative, Respondent.*

Appeals from judgments of the Superior Court for Kitsap County, No. 80-2-00689-6, James I. Maddock, J., entered May 16 and July 24, 1986. *Affirmed* by unpublished opinion

per Petrich, J., concurred in by Reed, C.J., and Worswick, J.